# IN THE
# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

_____

**IN THE MATTER OF:**

**J.C., A MINOR STUDENT,**
**BY AND THROUGH HIS PARENTS, J.C, AND J.C,**

*PLAINTIFFS*,

v.   No. 3:16-cv-00609

**THE METROPOLITAN GOVERNMENT OF NASHVILLE**
**AND DAVIDSON COUNTY,**
**AND**
**THE TENNESSEE DEPARTMENT OF EDUCATION,**

*DEFENDANTS.*

## JOINT NOTICE OF SETTLEMENT

COMES NOW counsel for the parties, J.C., a minor student by and through his parents, J.C. and J.C., Plaintiffs, and Defendant Metropolitan Nashville Public Schools, and hereby gives Notice that the parties have settled the claims at issue between them. Said settlement does not affect the claims of Plaintiffs against the Defendant Tennessee Department of Education which remain. The parties, Plaintiffs and Defendant Metropolitan Nashville Public Schools, anticipate it will take no more than thirty (30) days to finalize settlement paperwork and file a stipulation of dismissal with the Court on the claims against the Defendant Metropolitan Nashville Public Schools.

DATED this 1st of July, 2016.

1

Respectfully submitted,

s/Jessica F. Salonus
JUSTIN S. GILBERT (TN Bar No. 017079)
JESSICA F. SALONUS (TN Bar No.28158)
101 North Highland
Jackson, Tennessee 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com
jsalonus@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

&
s.Keli J. Oliver w/permission by Jessica Salonus
Keli J. Oliver (#21023)
Melissa Roberge (#26230)
Assistant Metropolitan Attorneys
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
615-862-6341

*ATTORNEYS FOR DEFENDANT METRO*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served electronically with the Court's ecf filing system upon:

Keli J. Oliver (#21023)
Melissa Roberge (#26230)
Assistant Metropolitan Attorneys
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
615-862-6341

Michael Markham (TN Bar No. 22907)
Civil Litigation and State Services Division
Senior Counsel
Cordell Hull Building, Second Floor
P. O. Box 20207
Nashville, TN 37202-0207
(615) 741-1730

on this 1st day of July 2016.

                                                   Jessica F. Salonus