# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

_____

IN THE MATTER OF:

J.C., A MINOR STUDENT,
BY AND THROUGH HIS PARENTS, J.C, AND J.C,

*PLAINTIFFS*,

v.                                                                                      NO. 3:16-CV-00609
                                                                                        JUDGE CRENSHAW

METROPOLITAN GOVERNMENT OF NASVHILLE
AND DAVIDSON COUNTY,
AND
THE TENNESSEE DEPARTMENT OF EDUCATION,

*DEFENDANTS.*

## NOTICE OF RELATED CASES PURSUANT
## TO ADMINISTRATIVE ORDER NUMBER 176

**COME THE PLAINTIFFS, filing** this Notice of Related Cases. They show:

1. Plaintiffs' counsel have filed two cases against the TDOE alleging indifference to an epidemic of illegal restraints and isolations against children with disabilities under Title II of the ADA and Section 504.

2. The first case is No. 3:16-0610, *N.S. et. al. v. TDOE* and *Knox County Board of Education,* which Judge Campbell recently transferred to Judge Trauger under Administrative Order 176 on the grounds that it is a "related case" to *W.H. v. TDOE,* No. 3:15-1014. (See *N. S.* Docket, No. 33).

3. *N.S.* involves an allegation of indifference by TDOE to excessive *isolations* in a public school. This, the second case, involves allegations of indifference by TDOE to ex-

1

cessive *restraints* in a public school.[1] The TDOE has filed a motion to dismiss in both cases and the Plaintiffs have filed their responses in both cases.

4.      Plaintiffs neither encourage nor discourage transfer, but merely give this notice in the interest of judicial economy. Plaintiffs' counsel, Justin Gilbert, has consulted with counsel for TDOE, Michael Markham. TDOE, too, does not object to transfer if the Court determines it is appropriate.

Respectfully submitted,

s/Justin S. Gilbert
JUSTIN S. GILBERT (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 504
Chattanooga, TN 37402
Telephone: 423-499-3044
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com

JESSICA F. SALONUS (TN Bar No.28158)
101 North Highland
Jackson, Tennessee 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jsalonus@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFFS*

---

[1] Metro Nashville and Plaintiffs have settled their disputes. The sole remaining claims are between Plaintiffs and TDOE.

## CERTIFICATE OF SERVICE

 I hereby certify that a true and exact copy of the foregoing has been served electronically with the Court's ECF filing system upon:

Keli J. Oliver (#21023)
Melissa Roberge (#26230)
Assistant Metropolitan Attorneys
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219

Michael Markham (TN Bar No. 22907)
Civil Litigation and State Services Division
Senior Counsel
Cordell Hull Building, Second Floor
P. O. Box 20207
Nashville, TN 37202-0207

 on this 5th day of July 2016.

 Justin S. Gilbert