# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

_____

**IN THE MATTER OF:**

**J.C., A MINOR STUDENT,
BY AND THROUGH HIS PARENTS, J.C, AND J.C,**

*PLAINTIFFS,*

v.                                                                                    No. 3:16-CV-00609

**METROPOLITAN NASHVILLE PUBLIC SCHOOLS,
AND
THE TENNESSEE DEPARTMENT OF EDUCATION,**

*DEFENDANTS.*

_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT METROPOLITAN NASHVILE PUBLIC SCHOOLS
_____

COME NOW the Plaintiffs, by and through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that they have fully and finally compromised and settled all disputes with Defendant Metropolitan Nashville Public Schools and hereby stipulate that all claims against Defendant Metropolitan Nashville Public Schools be dismissed with prejudice.

Respectfully submitted this 18th day of July, 2016.

Respectfully submitted,

GILBERT RUSSELL McWHERTER
SCOTT & BOBBITT PLC


s/Jessica F. Salonus
JESSICA F. SALONUS #28158
101 North Highland
Jackson, Tennessee 38301
(731) 664-1340
(731) 664-1540 *Facsimile*
jsalonus@gilbertfirm.com

JUSTIN S. GILBERT #017079
100 W. Martin Luther King Blvd., Suite 504
Chattanooga, Tennessee 37402
(423) 499-3044
(731) 664-1540 *Facsimile*
jgilbert@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of this Notice of Voluntary Dismissal with Prejudice has been served via the Court's Electronic Filing System on this the 18th day of July, 2016:

Keli J. Oliver
Melissa Roberge
Assistant Metropolitan Attorneys
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219

Michael Markham
Civil Litigation and State Services Division
Senior Counsel
Cordell Hull Building, Second Floor
P. O. Box 20207
Nashville, TN 37202-0207

s/Jessica F. Salonus

3